AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| v. | ) <br> ) <br> )  Case No.: <br> ) <br> ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $  8,535.55 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☐   Electronic service          ☐   First class mail, postage prepaid

☐   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____   Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | |
| | | | | | | **TOTAL** | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Veritext Corp**
**Midwest Region**

515 Olive St. Ste 300
St. Louis MO 63101
Tel. 800-472-0445 Fax. 312-442-9095
Fed. Tax ID: 20-3132569



| Bill To: | Robert L. Ortbals, Jr.<br>Constangy Brooks Smith & Prophete, LLP<br>7733 Forsyth Blvd.<br>Suite 1325<br>Saint Louis, MO, 63105-1850 | Invoice #: | CHI3157236 |
|---|---|---|---|
| | | Invoice Date: | 11/16/2017 |
| | | Balance Due: | $229.15 |

| Case: | Barcomb, Richard v. General Motors |
|---|---|
| Job #: | 2744528 | Job Date: 11/1/2017 | Delivery: Normal |
| Billing Atty: | Robert L. Ortbals, Jr. |
| Location: | Law Offices of Kevin J. Dolley |
| | 2726 S. Brentwood Blvd. | St. Louis, MO 63144 |
| Sched Atty: | James C. Keaney | Kevin J. Dolley Law Offices |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Millie Donnelly | Certified Transcript | Page | 71.00 | $2.25 | $159.75 |
| | Exhibits | Per Page | 32.00 | $0.45 | $14.40 |
| | Litigation Package | 1 | 1.00 | $32.50 | $32.50 |
| | Shipping & Handling | Package | 1.00 | $22.50 | $22.50 |

| Notes: | | Invoice Total: | $229.15 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $229.15 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

20724

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CHI3157236 |
|---|---|
| Job #: | 2744528 |
| Invoice Date: | 11/16/2017 |
| Balance: | $229.15 |

Primo Reporting Service
P.O. Box 31698
St. Louis, MO 63131

Phone (314) 481-8616
Fax (314) 752-4817
Tax ID #43-1591001

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2018 | 6709 |

**Bill To**

Constangy, Brooks,
Smith & Prophete, LLP
ATTN: Robert L. Ortbals, Jr. Esq.
7733 Forsyth Blvd., Suite 1325
St. Louis, MO 63105

| Description | Amount |
|---|---|
| RICHARD BARCOMB VS. GENERAL MOTORS LLC | |
| Deposition of George Herina, taken on behalf of the Plaintiff, 3/5/18 | |
| 426 pp of 1 cc @ $2.25 per page (electronic) | 958.50 |
| Exhibits - scanned/emailed | 25.00 |
| | |
| Reported by: Gwen A. Huffman | |
| | |
| PAYMENT EXPECTED AND APPRECIATED WITHIN 30 DAYS | |
| | |
| **Please make checks payable to:   Primo Reporting Service** | |

| **Total** | $983.50 |
|---|---|

Primo Reporting Service
P.O. Box 31698
St. Louis, MO 63131

Phone (314) 481-8616
Fax (314) 752-4817
Tax ID #43-1591001

# Invoice

| Date | Invoice # |
|---|---|
| 3/20/2018 | 6739 |

| Bill To |
|---|
| Constangy, Brooks, Smith & Prophete, LLP<br>ATTN: Robert L. Ortbals, Esq.<br>7733 Forsyth Blvd., Suite 1325<br>St. Louis, MO 63105 |

| Description | Amount |
|---|---|
| RICHARD BARCOMB VS. GENERAL MOTORS, LLC<br>Deposition of Bobby Morrison, taken on behalf of the Plaintiff, 3/7/18 | |
| 215 pp of 1 co @ $2.25 per page (etran) | 483.75 |
| Copies of Exhibits, 126 pp @ $0.25 per page (scanned/emailed) | 31.50 |
| | |
| Reported by: Debbie Burris | |
| | |
| PAYMENT EXPECTED AND APPRECIATED WITHIN 30 DAYS | |
| | |
| **Please make checks payable to:   Primo Reporting Service** | |

| Total | $515.25 |
|---|---|

# INVOICE

Pohlman Reporting Company LLC
10 South Broadway
Suite 1400
St. Louis, MO 63102
Phone:877-421-0099   Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 790127 | 3/22/2018 | 190557 |
| Job Date | Case No. | |
| 3/8/2018 | 4:16-CV-01884-SNLJ | |
| Case Name | | |
| Richard Barcomb vs. General Motors LLC. | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert L. Ortbals, Jr.
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Boulevard
Suite 1325
Clayton, MO 63105

| | | |
|---|---|---|
| ORIGINAL DEPOSITION - TRANSCRIPT WITH WORD INDEX | | |
| RICHARD BARCOMB - PLF | 312.00 Pages | 1,201.20 |
| Attendance of Reporter | 8.00 Hours | 200.00 |
| E-Transcript and PDF | | 0.00 |
| Scanned Exhibits (B&W) | 58.00 Pages | 14.50 |
| Scanned Exhibits (Color) | | 0.70 |
| Handling & Delivery | | 10.00 |
| | TOTAL DUE >>> | $1,426.40 |

THANK YOU. WE APPRECIATE YOUR BUSINESS.

Tax ID: 47-2406726

*Please detach bottom portion and return with payment.*

Robert L. Ortbals, Jr.
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Boulevard
Suite 1325
Clayton, MO 63105

| | | |
|---|---|---|
| Invoice No. | : | 790127 |
| Invoice Date | : | 3/22/2018 |
| **Total Due** | : | **$1,426.40** |

Remit To:  **Pohlman Reporting Company LLC**
**10 South Broadway**
**Suite 1400**
**St. Louis, MO 63102**

| | | |
|---|---|---|
| Job No. | : | 190557 |
| BU ID | : | 01SLCRLOUN |
| Case No. | : | 4:16-CV-01884-SNLJ |
| Case Name | : | Richard Barcomb vs. General Motors LLC. |

# INVOICE

Pohlman Reporting Company LLC
10 South Broadway
Suite 1400
St. Louis, MO  63102
Phone:877-421-0099   Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 790362 | 3/23/2018 | 190558 |
| Job Date | | Case No. |
| 3/8/2018 | | 4:16-CV-01884-SNLJ |
| Case Name | | |
| Richard Barcomb vs. General Motors LLC. | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert L. Ortbals, Jr.
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Boulevard
Suite 1325
Clayton, MO  63105

VIDEOTAPING RE DEPOSITION OF:
  RICHARD BARCOMB - PLF
    Videotaping                                                              1,047.50
    MPEG1                             7.25 Hours                               471.25
    Video Synchronization             7.25 Hours                               181.25
    Discount                                                                  -471.25

                                      TOTAL DUE >>>                        $1,228.75

THANK YOU. WE APPRECIATE YOUR BUSINESS.

Tax ID: 47-2406726

*Please detach bottom portion and return with payment.*

Robert L. Ortbals, Jr.
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Boulevard
Suite 1325
Clayton, MO  63105

Invoice No.   : 790362
Invoice Date  : 3/23/2018
**Total Due**  : **$1,228.75**

Remit To: **Pohlman Reporting Company LLC**
**10 South Broadway**
**Suite 1400**
**St. Louis, MO  63102**

Job No.    : 190558
BU ID      : 15SLVIOUUN
Case No.   : 4:16-CV-01884-SNLJ
Case Name  : Richard Barcomb vs. General Motors LLC.

# Invoice

Primo Reporting Service
P.O. Box 31698
St. Louis, MO 63131

Phone (314) 481-8616
Fax (314) 752-4817
Tax ID #43-1591001

| Date | Invoice # |
|---|---|
| 4/2/2018 | 6790 |

| Bill To |
|---|
| Constangy, Brooks, Smith & Prophete, LLP<br>ATTN: David C. Vogel, Esq.<br>7733 Forsyth Blvd., Suite 1325<br>St. Louis, MO 63105 |

| Description | Amount |
|---|---|
| RICHARD BARCOMB V. GENERAL MOTORS LLC<br>Deposition of Jeremy Stritzel, taken on behalf of the Plaintiff, 3/26/18<br><br>148 pp of 1 cc @ $2.25 per page (etran)<br>Copies of Exhibits, 77 pp @ $0.25 per page (scanned/emailed)<br><br><br>Reported by: Diana Beyer<br><br><br>Please make checks payable to:   Primo Reporting Service | 333.00<br>19.25 |
| **Total** | **$352.25** |

# INVOICE

Henderson & Associates Court Reporters, Inc.
5 North Royal Street, Suite 200
Mobile AL 36602
Phone:251-694-0950   Fax:251-694-7930

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70271*** | 4/11/2018 | 22294 |
| Job Date | Case No. | |
| 3/20/2018 | 4:16-CV-01884-SNLJ | |
| Case Name | | |
| Barcomb vs. General Motors, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

David C. Vogel
Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Boulevard, Suite 750
Kansas City MO  64108-4600

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Shelley Hart                                                                666.55
      Exhibit Imaging                              191.00                       57.30
                              TOTAL DUE >>>                                   $723.85

READ & SIGN | Thank you for your order!  We appreciate your business!

Invoices will accrue interest of 1.5% monthly on unpaid balances over 45 days.  Payment is not contingent on client reimbursement.
Above named attorney/firm/agency agrees to pay all costs of collections, attorney fees and collection fees.  If turned over for collections,
jurisdiction will be Mobile, Alabama.

Tax ID: 63-1183616

Phone: 816.472.6400   Fax:816.472.6401

*Please detach bottom portion and return with payment.*

David C. Vogel
Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Boulevard, Suite 750
Kansas City MO  64108-4600

| | | | |
|---|---|---|---|
| Job No. | : 22294 | BU ID | : 1-MAIN |
| Case No. | : 4:16-CV-01884-SNLJ | | |
| Case Name | : Barcomb vs. General Motors, LLC | | |
| Invoice No. | : 70271*** | Invoice Date | : 4/11/2018 |
| Total Due | : $723.85 | | |

Remit To:    Henderson & Associates Court Reporters, Inc.
             P. O. Box 2263
             Mobile AL  36652

**PAYMENT WITH CREDIT CARD**           AMEX  MC  VISA
Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Primo Reporting Service
P.O. Box 31698
St. Louis, MO 63131

Phone (314) 481-8616
Fax (314) 752-4817
Tax ID #43-1591001

# Invoice

| Date | Invoice # |
|---|---|
| 7/23/2018 | 7187 |

| Bill To |
|---|
| Constangy, Brooks, Smith & Prophete, LLP<br>ATTN: Robert L. Ortbals, Esq.<br>7733 Forsyth Blvd., Suite 1325<br>St. Louis, MO 63105 |

| Description | Amount |
|---|---|
| RICHARD BARCOMB VS. GENERAL MOTORS LLC<br>Depositions of George Herina, 3/5/18, and Bobby Morrison, 3/7/18, taken on behalf of the Plaintiff<br><br>PDF (2)<br><br><br><br>Reported by: Gwen A. Huffman<br>           Debbie Burris<br><br><br><br>Please make checks payable to:  Primo Reporting Service | 50.00 |
| **Total** | **$50.00** |

# INVOICE



Court Reporting and Video

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 83203 | 8/31/2018 | 92788 |
| Job Date | Case No. | |
| 8/16/2018 | | |

| Case Name |
|---|
| Barcomb, Richard -vs- General Motors |

| Payment Terms |
|---|
| Due upon receipt |

Ortbals, Jr., Robert
Constagy, Brooks, Smith & Prophete
7733 Forsyth Blvd.
Suite 1325
Saint Louis, MO  63105

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Nicholas Gruber
        B/W Exhibits
        Color Exhibits
        E-Transcript
        Postage

| | | |
|---|---|---:|
| 320.00 | Pages | 880.00 |
| 806.00 | Pages | 161.20 |
| 71.00 | Pages | 60.35 |
| 1.00 | | 10.00 |
| 1.00 | | 12.00 |
| **TOTAL DUE >>>** | | **$1,123.55** |

Thank you. Your business is appreciated.

www.carrollcourtreporting.com

    1-800-474-1118

**Tax ID:** 38-2025666

*Please detach bottom portion and return with payment.*

Ortbals, Jr., Robert
Constagy, Brooks, Smith & Prophete
7733 Forsyth Blvd.
Suite 1325
Saint Louis, MO  63105

Job No.      : 92788          BU ID      : CCRV
Case No.    :
Case Name : Barcomb, Richard -vs- General Motors

Invoice No. : 83203           Invoice Date : 8/31/2018
**Total Due  : $ 1,123.55**

Remit To: **Carroll Court Reporting and Video**
         **175 Cass Ave.**
         **Mount Clemens, MI  48043**



| PAYMENT WITH CREDIT CARD | AMEX / MC / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



**Carroll**
Court Reporting and Video

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 82860 | 8/23/2018 | 92566 |
| Job Date | Case No. | |
| 8/17/2018 | | |

**Case Name**

Barcomb, Richard -vs- General Motors

**Payment Terms**

Due upon receipt

Vogel, David C.
Constangy, Brooks, Smith & Prophete
2600 Grand Blvd.
Suite 750
Kansas City, MO  64108

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Kim Schneider | 162.00 Pages | | 372.60 |
| E-Transcript | 1.00 | | 10.00 |
| Postage | 1.00 | | 12.00 |
| | **TOTAL DUE >>>** | | **$394.60** |

Thank you. Your business is appreciated.

www.carrollcourtreporting.com

1-800-474-1118

**Tax ID:** 38-2025666

*Please detach bottom portion and return with payment.*

Vogel, David C.
Constangy, Brooks, Smith & Prophete
2600 Grand Blvd.
Suite 750
Kansas City, MO  64108

Job No.    : 92566        BU ID    : CCRV
Case No.   :
Case Name  : Barcomb, Richard -vs- General Motors

Invoice No. : 82860        Invoice Date : 8/23/2018
Total Due   : $ 394.60

**PAYMENT WITH CREDIT CARD**   AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Carroll Court Reporting and Video**
           **175 Cass Ave.**
           **Mount Clemens, MI  48043**

# INVOICE

Pohlman Reporting Company LLC
10 South Broadway
Suite 1400
St. Louis, MO  63102
Phone:877-421-0099  Fax:314-421-1115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 827443 | 10/31/2018 | 200324 |
| Job Date | Case No. | |
| 10/19/2018 | 4:16-CV-01884-SNLJ | |
| Case Name | | |
| Richard Barcomb vs. General Motors LLC. | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert L. Ortbals, Jr.
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Boulevard
Suite 1325
Clayton, MO  63105

| | | | |
|---|---|---|---|
| ORIGINAL DEPOSITION - TRANSCRIPT WITH WORD INDEX | | | |
| DR. SCOTT DALE GILBERT | 95.00 | Pages | 384.75 |
| Attendance of Reporter | 2.50 | Hours | 87.50 |
| E-Transcript and PDF | | | 0.00 |
| Scanned Exhibits (Color) | 2.00 | Pages | 1.40 |
| Scanned Exhibits (B&W) | 66.00 | Pages | 16.50 |
| Handling & Delivery | | | 20.00 |
| TOTAL DUE >>> | | | $510.15 |
| (-) Payments/Credits: | | | 0.00 |
| (+) Finance Charges/Debits: | | | 0.00 |
| (=) New Balance: | | | 510.15 |

THIS DEPOSITION TAKEN IN SAINT LOUIS, MO

Tax ID: 47-2406726

*Please detach bottom portion and return with payment.*

Robert L. Ortbals, Jr.
Constangy, Brooks, Smith & Prophete, LLP
7733 Forsyth Boulevard
Suite 1325
Clayton, MO  63105

Invoice No.   : 827443
Invoice Date  : 10/31/2018
**Total Due**  : **$510.15**

Remit To:   Pohlman Reporting Company LLC
            10 South Broadway
            Suite 1400
            St. Louis, MO  63102

Job No.    : 200324
BU ID      : 01SLCRLOUN
Case No.   : 4:16-CV-01884-SNLJ
Case Name  : Richard Barcomb vs. General Motors LLC.



Gilbert Economics
206 Frances Lane
IL 62901

# Invoice

| Date | Invoice # |
|---|---|
| 10/22/2018 | GE12218 |

**Bill To**

Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Boulevard Suite 750
Kansas City, MO 64108-4600

| P.O. No. | Terms | Project |
|---|---|---|
| | | Barcomb v. General Motors |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | deposition, Barcomb vs G.M., 2 hrs plus 1 hr prep time. 3 hrs total @$300/hr = $900 | 900.00 | 900.00 |

Thank you for your business! Please see the retainer agreement for additional payment terms.

**Total** $900.00

6/5/2018

Check for $98.10 made payable to: SHELLEY HART

For GM-Barcomb, 71546-77172

Attorney: David Vogel #1066

The check is for mileage for her deposition.

5248223v.1