UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD BARCOMB, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16cv01884 SNLJ |
| GENERAL MOTORS, LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit. The Court of Appeals affirmed this Court's orders on summary judgment and defendant's bill of costs with the exception of taxation of postage and shipping costs.

The Court thus amends its order granting the defendant's bill of costs to reflect the unallowed $76.50 for shipping and postage-related costs for depositions.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay defendant $7417.50 in costs.

Dated this   14th   day of April, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE